JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K. ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MIGUEL CARDONA, et al.,<br><br>  Defendants. | Case No. 5:20-cv-01824-VAP (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: February 25, 2022

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE